A CERTIFIED TRUE COPY

AUG 1 1 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# FILED

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 2 2005          *RECEIVED*          AUG 1 1 2005

FILED

*DOCKET NO. 1604*          CLERK'S OFFICE

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT          2005 SEP -6          Judge Norgle

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## IN RE OCWEN FEDERAL BANK FSB MORTGAGE SERVICING LITIGATION

*Robert Harris, et al. v. Ocwen Federal Bank, FSB,* M.D. Alabama, C.A. No. 3:05-254   05 C 5038
*Wilfred Hinton v. Ocwen Federal Bank, FSB, et al.,* N.D. Alabama, C.A. No. 2:05-689
*Albert Telfer v. Moss, Codilis, Stawiarski, Morris, Schneider & Prior, LLP, et al.,*
   C.D. California, C.A. No. 5:05-138
*Sandra Sinegal v. Ocwen Federal Bank, FSB, et al.,* E.D. Texas, C.A. No. 1:05-246
*Jeff Watson, et al. v. Ocwen Federal Bank, FSB,* S.D. Texas, C.A. No. 4:05-924

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,[*] ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

## TRANSFER ORDER

Presently before the Panel are motions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in these actions to vacate the Panel's orders conditionally transferring the actions to the Northern District of Illinois for inclusion in the Section 1407 proceedings occurring there in this docket. Defendant Ocwen Federal Bank FSB (Ocwen) opposes the motions and favors inclusion of these actions in the centralized pretrial proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Northern District of Illinois, and that transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Any motions to remand these actions to state court can be presented to and decided by the transferee judge. *See, e.g., In re Ivy,* 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of these actions is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Northern District of Illinois was a proper Section 1407 forum for actions involving allegations that Ocwen and/or other defendants engaged in unfair loan servicing and/or debt collection practices i) in violation of various federal and/or state statutes, and/or ii) based upon various common law theories of

---

[*] Judge Motz took no part in the decision of this matter.

- 2 -

liability. *See In re Ocwen Federal Bank FSB Mortgage Servicing Litigation, 314 F.Supp.2d 1376* (J.P.M.L. 2004).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Charles R. Norgle, Sr., for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 9/1/05

# INVOLVED COUNSEL LIST
## DOCKET NO. 1604
# IN RE OCWEN FEDERAL BANK FSB MORTGAGE SERVICING LITIGATION

Ron K. Bochner
Ron K. Bochner Law Offices
450 N. Brand Blvd.
Suite 600
Glendale, CA 91203

Brian P. Brooks
O'Melveny & Myers, LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001

Jane L. Calamusa
Rosen, Cook, Sledge, Davis, et al.
2117 Jack Warner Parkway
Tuscaloosa, AL 35401

Christina P. Camarata
Baxter & Schwartz, P.C.
5450 N.W. Central
Suite 307
Houston, TX 77092

Richard G. Carlston
Miller, Starr & Regalia
1331 North California Blvd.
Fifth Floor
Walnut Creek, CA 94596

Edward M. Carstarphen
Ellis Carstarphen, et al.
5847 San Felipe
Suite 1900
Houston, TX 77057

David S. Coale
Carrington, Coleman, Sloman & Blumenthal
200 Crescent Court
Suite 1500
Dallas, TX 75201

Kelly M. Dermody
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
30th Floor
275 Battery Street
San Francisco, CA 94111

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Harold Engel
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94120-7936

Robert C. Hilliard
Hilliard & Munoz
719 S. Shoreline
Suite 500
Corpus Christi, TX 78401-0548

Eric D. Houser
Houser & Allison
5420 Trabuco Road
Suite 100
Irvine, CA 92620

David B. Mantor
Ellis Carstarphen, et al.
5847 San Felipe
Suite 1900
Houston, TX 77057

Niall P. McCarthy
Cotchett, Pitre, Simon & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

Benjamin M. Moncrief
Bradley Arant Rose & White
P. O. Box 830709
Birmingham, AL 35283-0709

William H. Oliver
Pipkin, Oliver & Bradley, L.L.P.
1020 N.E. Loop 410
Suite 810
San Antonio, TX 78209

R. Cooper Shattuck
Rosen, Cook, Sledge, Davis, et al.
P.O. Box 2727
Tuscaloosa, AL 35403-2727